IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. CA 1:19-CV-282-MR

DAVID OPPENHEIMER,

Plaintiff,

vs.

EPISCOPAL COMMUNICATORS, INC.

     Defendant

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff David Oppenheimer and Defendant Episcopal Communicators, Inc. enter this *Voluntary Stipulation of Dismissal with Prejudice* of the above-styled action with each party to bear its own costs and attorneys' fees.

**Date: September 3, 2020**

| **LEJUNE LAW FIRM** | **WILLIAMS MULLEN** |
|---|---|
| */s Dana A. LeJune* | *s/Andrew R. Shores* |
| Dana A. LeJune | Andrew R. Shores |
| Texas Bar: 12188250 | Robert C. Van Arnam |
| NC Bar: 49025 | Attorneys for Defendants |
| 7 Orchard Street, Suite 200 | Williams Mullen |
| Asheville, North Carolina 28801 | 301 Fayetteville Street, Suite 1700 |
| Houston, Texas 77007 | Raleigh, North Carolina 27601 |
| 713.942.9898 Phone | Phone: (919) 981-4015 |
| 713.942.9899 Facsimile | Fax: (919) 981-4300 |
| Email: dlejune@triallawyers.net | ashores@williamsmullen.com |
| | rvanarname@williamsmullen.com |

# CERTIFICATE OF SERVICE

A copy of the foregoing, *Notice of Voluntary Dismissal With Prejudice* was filed electronically and served on September 3, 2020 to all registered parties by operation of the Court's electronic filing system.

/s <u>*Dana A. LeJune*</u>